IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NATALIE GLOBETTI, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.: |
| | § | |
| v. | § | 1:17-cv-00050-WS-B |
| | § | |
| CHSPSC, LLC, d/b/a FOLEY CLINIC CORPORTATION, | § | JURY DEMAND |
| | § | |
| Defendant. | § | |

**MOTION TO FILE AMENDED COMPLAINT**

**COMES the Plaintiff**, by and through the undersigned counsel, and pursuant to this Honorable Court's Scheduling Order, respectfully moves for leave to file an amended complaint. In support thereof the Plaintiff submits the following:

1. On January 27, 2017, Plaintiff filed the current action against the Defendant, CHSPSC, LLC, d/b/a Foley Clinic Corporation. [Doc. 1].

2. On February 6, 2017, the Plaintiff served a Summons and Complaint on the Defendant, CHSPSC, LLC,d/b/a Foley Clinic Corporation. Foley Clinic Corporation. [Doc. 6].

3. On February 27, 2017, the Defendant Foley Clinic Corporation appeared and filed an Answer to the Complaint in which it asserted that it had been improperly named in the Complaint as "CHSPSC, LLC, d/b/a Foley Clinic Corporation." [Doc. 7, p. 1].

4. Since that time counsel for the Plaintiff and Foley Clinic Corporation have discussed the issue the correct name of the defendant in this matter and preliminary documents and discovery materials have been provided to Plaintiff by Foley Clinic Corporation as to the nature and identity of itself and of CHSPSC, LLC.

5. Based on the foregoing, the Plaintiff now moves to Amend the Complaint to correct the names/identities of the Defendants as follows: CHSPSC, LLC d/b/a South Baldwin Regional Medical Center, **and** Foley Clinic Corporation.

6. Plaintiff further moves to amend the Complaint to assert claims regarding the single employer, joint employer, and/or agency basis for jurisdiction associated with the correctly named entities.

7. Per the Court's Scheduling Order, Plaintiff is allowed to add parties and/or amend the Complaint up and until July 3, 2017. Plaintiff is timely submitting the request to amend.

8. As both CHSPSC, LLC, and Foley Clinic Corporation were given notice of the present action via the initial service of the Complaint upon CHSPSC, LLC, no party shall suffer undue prejudice by the granting of this Motion.

9. The amended complaint is attached herewith as Exhibit A.

**WHEREFORE, premises considered,** Plaintiff requests leave to file her amended complaint.

        Respectfully submitted,

        s/ Temple D. Trueblood
        Temple D. Trueblood (TRUET0355)
        Counsel for Plaintiff

OF COUNSEL:
WIGGINS, CHILDS, PANTAZIS FISHER & GOLDFARB, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

OF COUNSEL:
Richard W. Fuquay    (FUQUR6214)
DIAMOND FUQUAY LLC
Attorney for Plaintiff
Post Office Drawer 40600
Mobile, Alabama 36640-0600
Telephone:  (251) 473-4443
Facsimile: (251) 473-4486
E-mail:  rwf@diamondfuquay.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have filed the above and foregoing using the Court's CM/ECF system which will send notice to:

cstewart@bradley.com
macouch@bradley.com
Counsel for Defendant Foley Clinic Corporation

On this the 8th day of June, 2017.

                                              s/ Temple D. Trueblood
                                              OF COUNSEL